**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

| | |
|---|---|
| **PAULA BYRD,** | ) |
| Plaintiff, | ) Case No. 3-17-cv-749-DJH |
| v. | ) *Electronically Filed* |
| **ROUNDPOINT MORTGAGE SERVICING CORPORATION,** *et al.*, | ) |
| Defendants. | ) |

\* \* \* \* \*

<u>**PRELIMINARY NOTICE OF SETTLEMENT**</u>

Please take notice that Plaintiff Paula Byrd, Defendant Roundpoint Mortgage Servicing Corporation, and Defendant Nationstar Mortgage, LLC have reached a preliminary settlement of the claims asserted in this action. The parties continue to negotiate the terms of their agreement and, if that negotiation is successful, they anticipate filing an Agreed Order of Dismissal with Prejudice within forty-five days.

Accordingly, the parties request that the Court stay all deadlines in this action pending receipt of the parties' Agreed Order.

Respectfully submitted,

| | |
|---|---|
| CRAIG HENRY PLC<br>James Craig | STITES & HARBISON, PLLC<br>Neal F. Bailen |
| s/ James Craig<br>239 South Fifth Street, Suite 1400<br>Louisville, KY 40202<br>Telephone: (502) 614-5962<br>Facsimile: (502) 614-5968<br>jcraig@craighenrylaw.com | s/ Neal F. Bailen<br>400 West Market Street, Suite 1800<br>Louisville, Kentucky 40202<br>Telephone: (502) 587-3400<br>nbailen@stites.com |
| *Counsel for Paula Byrd* | *Counsel for Nationstar Mortgage, LLC* |

A<small>DAMS AND</small> R<small>EESE</small>, LLP
Clarence Wilbon

s/ Clarence Wilbon
424 Church Street, Suite 2700
Nashville, Tennessee 37219
Telephone: (615) 259-1450
clarence.wilbon@arlaw.com

*Counsel for Roundpoint Mortgage Servicing Corporation*