UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

PAULA BYRD, Plaintiff,

v.  Civil Action No. 3:17-cv-749-DJH-DW

ROUNDPOINT MORTGAGE
SERVICING CORPORATION and
NATIONSTAR MORTGAGE, LLC, Defendants.

\* \* \* \* \*

### ORDER

The parties having agreed to a settlement of all matters in this case (Docket No. 16), and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that this action is **DISMISSED** without prejudice.  All pending motions are **DENIED** as moot.  All dates and deadlines are **VACATED**.

The parties shall tender an agreed order of dismissal with prejudice within **forty-five (45) days** of the date of entry of this Order.  The Court will entertain a motion to redocket the action within forty-five (45) days of the date of entry of this Order in the event the settlement is not consummated.

March 22, 2018

**David J. Hale, Judge**
**United States District Court**

1